

COM.

v.

**BEALS, T.**

**600 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–51–CR–0005232–2015, CP–51–CR–0005233–2015 (Philadelphia)

Affirmed

**DEUTSCHE BANK NATIONAL TRUST CO.**

v.

**HICKSON, S.**

**776 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

150402676 April Term 2015 (Philadelphia)

Quashed

**DEUTSCHE BANK NATIONAL TRUST CO.**

v.

**HICKSON, S.**

**780 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

130404701 April Term 2013 (Philadelphia)

Affirmed

**IN the INTEREST OF: A.A., a Minor**

**1217 EDA 2016**

Superior Court of Pennsylvania.

06/06/2017

CP–39–JV–0001058–2015 (Lehigh)

Affirmed

